Gladys Etih TEKE, Petitioner,

v.

Alberto GONZALES, U.S. Attorney General, Respondent.

No. 04–61097.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Dec. 13, 2005.

Muakum J. Sherman, Muakum, Sherman & Associates, Houston, TX, for Petitioner.

David V. Bernal, Thomas Ward Hussey, Director, Jamie Marie Dowd, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, Anne M. Estrada, U.S. Immigration & Naturalization Service, Dallas, TX, Caryl G. Thompson, U.S. Immigration & Naturalization Service, District Directors Office, New Orleans, LA, for Respondent.

Alberto R. Gonzales, U.S. Department of Justice, Washington, DC, pro se.

Before JOLLY, DAVIS and OWEN, Circuit Judges.

PER CURIAM: *

Teke seeks review of a final order of removal issued by the Board of Immigration Appeals (BIA). The BIA affirmed without decision an order of the Immigration Judge finding that Teke failed to offer credible testimony tending to show that she had a well-founded fear of persecution on account of her political activities. The

---

Immigration Judge who heard petitioner's testimony gave a number of plausible reasons why he found that her testimony was not credible.

After carefully reviewing the record, we find the Immigration Judge's adverse credibility findings reasonable and supported by the record. We therefore deny Teke's petition for review.

DENIED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.